IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT F. RIVERA,

    **Plaintiff,**

v.                            Case No.  4:20cv189-MW/MAF

WARDEN C. EDELEN,
et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's in forma pauperis motion, ECF No. 2, is **DENIED**, and the complaint, ECF No. 1, is **DISMISSED without prejudice** because Plaintiff's factual

1

allegations are insufficient to permit him to proceed under 28 U.S.C. § 1915(g) without full payment at the time of case initiation." The Clerk shall also close the file.

**SO ORDERED on May 21, 2020.**

                                        **s/ MARK E. WALKER**
                                        **Chief United States District Judge**